| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Darrel C. Menthe (SBN 186252)<br>McGuireWoods LLP<br>1800 Century Park East, 8th Floor<br>Los Angeles, CA 90067<br>TELEPHONE NO.: 310-315-8200  FAX NO.: 310-315-8210<br>ATTORNEY FOR (Name): Lisa Petras | |

NAME OF COURT: United States District Court for the Eastern District of California
STREET ADDRESS: 501 I Street, Suite 4-200
MAILING ADDRESS:
CITY AND ZIP CODE: Sacramento, CA 95814
BRANCH NAME:

PLAINTIFF: LISA PETRAS

DEFENDANT: A1 MOVING AND STORAGE SYSTEMS

| APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION<br>☒ ENFORCEMENT OF JUDGMENT   ☐ ATTACHMENT (Third Person)<br>☒ Judgment Debtor   ☐ Third Person | CASE NUMBER:<br>02:9-mc-10 |
|---|---|

## ORDER TO APPEAR FOR EXAMINATION

1. TO (name): DAVID SWAIN a/k/a DAVID SWAIM
2. YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
   a. ☒ furnish information to aid in enforcement of a money judgment against you.
   b. ☐ answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
   c. ☐ answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

Date: April 29, 2009   Time: 2:00 p.m.   Dept. or Div.:   Rm.: 8th Floor, Courtroom 25
Address of court ☐ shown above ☐ is:

3. This order may be served by a sheriff, marshal, registered process server, or the following specially appointed person (name):

Date: March 16, 2009

_____
JUDGE OR REFEREE

**This order must be served not less than 10 days before the date set for the examination.**
## IMPORTANT NOTICES ON REVERSE

### APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION

4. ☒ Judgment creditor   ☐ Assignee of record   ☐ Plaintiff who has a right to attach order
   applies for an order requiring (name): DAVID SWAIN a/k/a DAVID SWAIM   to appear and furnish information to aid in enforcement of the money judgment or to answer concerning property or debt.

5. The person to be examined is
   a. ☒ the judgment debtor,
   b. ☐ a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached.

6. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.
7. ☒ This court is **not** the court in which the money judgment is entered or (attachment only) the court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.
8. ☐ The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: March 16, 2009

Darrel C. Menthe
(TYPE OR PRINT NAME)                                          ▶ (SIGNATURE OF DECLARANT)

(Continued on reverse)

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>AT-138, EJ-125 [Rev. July 1, 2000] | APPLICATION AND ORDER<br>FOR APPEARANCE AND EXAMINATION<br>(Attachment—Enforcement of Judgment) | Code of Civil Procedure,<br>§§491.110, 708.110, 708.120<br><br>American LegalNet, Inc.<br>www.FormsWorkflow.com |

## APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)

**NOTICE TO JUDGMENT DEBTOR** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

## APPEARANCE OF A THIRD PERSON
## (ENFORCEMENT OF JUDGMENT)

**(1) NOTICE TO PERSON SERVED** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

**(2) NOTICE TO JUDGMENT DEBTOR** The person in whose favor the judgment was entered in this action claims that the person to be examined pursuant to this order has possession or control of property which is yours or owes you a debt. This property or debt is as follows *(Describe the property or debt using typewritten capital letters)*:

If you claim that all or any portion of this property or debt is exempt from enforcement of the money judgment, you must file your exemption claim in writing with the court and have a copy personally served on the judgment creditor not later than three days before the date set for the examination. You must appear at the time and place set for the examination to establish your claim of exemption or your exemption may be waived.

## APPEARANCE OF A THIRD PERSON (ATTACHMENT)

**NOTICE TO PERSON SERVED** If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court, and the court may make an order requiring you to pay the reasonable attorney fees incurred by the plaintiff in this proceeding.

## APPEARANCE OF A CORPORATION, PARTNERSHIP, ASSOCIATION, TRUST, OR OTHER ORGANIZATION

It is your duty to designate one or more of the following to appear and be examined: officers, directors, managing agents, or other persons who are familiar with your property and debts.

AT-138, EJ-125 [Rev. July 1, 2000]

**APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION**
(Attachment—Enforcement of Judgment)

Page two

American LegalNet, Inc.
www.FormsWorkflow.com

```
 1  MCGUIREWOODS LLP
    DARREL C. MENTHE #186252
 2  1800 Century Park East, 8th Floor
    Los Angeles, California 90067
 3  Telephone: (310) 315-8200
    Facsimile: (310) 315-8210
 4
    Attorneys for Lisa Petras
 5

 6

 7
                    UNITED STATES DISTRICT COURT
 8
                    EASTERN DISTRICT OF CALIFORNIA
 9
```

| Lisa Petras, | CASE NO. 2:09-mc-0010 GEB |
|---|---|
| Plaintiff, | The Hon. Garland E. Burrell Jr. |
| vs. | **DECLARATION OF DARREL C. MENTHE IN SUPPORT OF APPLICATION FOR EXAMINATION OF JUDGMENT DEBTOR** |
| A1 Moving and Storage, | |
| Defendant. | |
| | **[Cal. Civ. Proc. 708.160(d)]** |

I, Darrel C. Menthe, hereby declare and state as follows:

1.  I am an attorney duly admitted to practice before this Court. I am an associate with McGuireWoods LLP, attorneys of record for Plaintiff and Judgment Creditor Lisa Petras. If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.

2.  Attached as Exhibit 1 hereto is a true and correct copy of the judgment entered against the judgment debtor herein in favor of Lisa Petras by the United States District Court for the Eastern District of Virginia. The judgment was entered on January 30, 2009 in the amount of $166,240.00.

3.  That judgment was registered in this Court under 28 U.S.C. 1963 on or about February 26, 2009.

4. No funds have yet been collected or levied against in satisfaction of the judgment.

5. The address provided for Defendant and Judgment Debtor A1 Moving and Storage Systems, Inc. was retrieved from the California Secretary of State's corporate database as the official registered address of the judgment debtor corporation. That address is: 700 University Ave #140, Sacramento, CA 95825, which is within the territorial limits of this county and/or within 150 miles of this Court, as required by Cal. Civ. Proc. 708.160 (b).

6. David Swain a/k/a David Swaim is listed as the registered agent for service of process. His address is listed with the California Secretary of State as 108 Suisun Valley Road, Fairfield, CA, 94585. Fairfield is within Solano County, which is also within this judicial district and within 150 miles of this Court.

7. I am informed and believe and on that basis declare that David Swain is the majority owner and presiding officer of the Judgment Debtor.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 16th day of March at Los Angeles, California.

_____
Darrel C. Menthe