IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LISA PETRAS,

      Plaintiff,                                      No. MISC. S-09-0010 GEB EFB

     vs.

A-1 MOVING AND STORAGE,

      Defendants.                              ORDER TO SHOW CAUSE

_____/

      This case was before the court on June 10, 2009, for further hearing on the objections by David Swaim, representative of A-1 Moving and Storage Systems Inc., to proceeding with his judgment debtor exam. The exam was duly noticed and initiated on April 29, 2009, without any prior objection or motion to limit the scope of the exam. However, during the course of the exam, Mr. Swaim, through his counsel D. Jack Haycock, objected and refused to answer most of the questions being asked. The court heard argument on that same date and ordered further briefing to determine if the judgment debtor exam should continue. Further hearing was set for June 10, 2009. Darrel C. Menthe, Esq., appeared on behalf of plaintiff, Lisa Petras. David Swain and his counsel failed to appear.

////

////

1

Local Rule 11-110 provides that failure to comply with the Local Rules "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Accordingly, IT IS HEREBY ORDERED that:

1. The judgment debtor, David Swaim, and/or his counsel, D. Jack Haycock, shall, on or before June 19, 2009, show cause in writing why this court should not impose sanctions for their failure to appear at the hearing, including payment of plaintiff's counsel's travel and appearance expenses.

2. Further hearing on this matter is set for Wednesday, June 24, 2009, at 10:00 a.m., in Courtroom No. 25. Plaintiff's counsel and David Swaim and his counsel, D. Jack Haycock are ordered to appear at that hearing.

SO ORDERED.

DATED: June 11, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE