D. JACK HAYCOCK, SBN 095071
HAYCOCK & ASSOCIATES
Attorneys at Law
700 University Avenue, Suite 140
Sacramento CA 95825
(916) 646-5500

Attorney for Examinee
DAVID SWAIM

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA PETRAS ) | Civil Action No. **02:9-mc-10** |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| vs. ) | |
| A-1 MOVING AND STORAGE ) SYSTEMS ) | |
| Defendants. ) | |

Comes now D. Jack Haycock, Attorney at Law, and Darrel C. Menthe, Attorney for Plaintiff Lisa Petras, and based on the following recitation of facts, stipulate as follows, and request the court to approve the stipulation by order thereon:

1. Whereas on June 26, 2009, the court ordered Mr. Haycock to reimburse Mr. Menthe's travel and appearance expenses in the amount of $2,390.00 on or before July 26, 2009;

2. Whereas the parties are negotiating a resolution of this case, and it would be in the best interests of the parties herein to reach a settlement rather

than continue to pursue expensive litigation;

3. Mr. Haycock has requested to postpone the aforementioned payment to August 21, 2009. As a matter of professional courtesy, Mr. Menthe has agreed to request that the Court approve that extension to its order. Within ten days following the new August 21, 2009 date, Mr. Haycock shall file his affidavit as required by the Court's June 26, 2009 order.

IT IS SO STIPULATED.

DATED:   July 23, 2009          HAYCOCK & ASSOCIATES

/s/
_____
D. JACK HAYCOCK
Attorneys for Examinee
DAVID SWAIM

DATED:   July 23, 2009          MCGUIRE WOODS LLP

/s/
_____
DARREL C. MENTHE
Attorneys for Plaintiff

ORDER

Good cause appearing therefore and based upon the stipulation of the parties, IT IS SO ORDERED.

DATED: July 23, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE