1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lisa Petras, | CASE NO. 2:09-mc-0010 |
| Plaintiff, | The Hon. Edmund F. Brennan. |
| vs. | **ORDER TO CONTINUE DATE OF JUDGMENT DEBTOR EXAMINATION OF PAUL SWAIM** |
| A1 Moving and Storage, | |
| Defendant. | |

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Good cause appearing, and by stipulation of Judgment Creditor Lisa Petras and examinee Paul Swaim, the Court orders the following:

1. The Judgment Debtor Examination of Paul Swaim is hereby continued to September 30, 2009 at 9:30 a.m.

2. The Order of the Court approving this stipulation and setting a continued date of this examination will be enforceable in the same manner as the original order setting the date of the examination.

3. Paul Swaim will bring with him to the examination on September all documents in his possession referring or relating to A-1 Moving and Storage Systems, Inc., A-1 Moving and Storage Services, or any other moving and storage business associated with his father, David Swaim in like manner as if a subpoena had been served requesting the same.

4. The court intends to enforce the above provisions of this order. *See* E.D. Cal. L.R. 11-110 (failure to comply "with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court.").

IT IS SO ORDERED.

Dated:  September 8, 2009

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE