IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LISA PETRAS,

    Plaintiff,                                             No. Misc. S-09-0010 GEB EFB

    vs.

A-1 MOVING AND STORAGE,

    Defendant.                                          ORDER

_____/

On February 17, 2010, the court heard plaintiff's application for an order to show cause why David Swaim and Paul Swaim should not be held in contempt. Dckt. No. 45. Attorney Darrel Menthe appeared at the hearing on behalf of plaintiff; David Swaim and Paul Swaim appeared *pro se*. As stated on the record, and for the reasons stated on the record, plaintiff's application for an order to show cause and request for an order compelling production of documents are denied, and plaintiff's request that the court order further judgment debtor examinations of David and Paul Swaim is granted. David Swaim and Paul Swaim are each ordered to appear on April 14, 2010 at 9:00 a.m. in Courtroom No. 24 for further judgment debtor examinations.

    SO ORDERED.

DATED: February 19, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE