1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

Lisa Petras,

      Plaintiff,

   vs.

A1 Moving and Storage,

      Defendant.

CASE NO. 2:09-mc-0010

The Hon. Edmund F. Brennan.

**ORDER TO CONTINUE DATE OF JUDGMENT DEBTOR EXAMINATIONS OF PAUL SWAIM AND DAVID SWAIM**

    Good cause appearing, the Judgment Debtor Examinations of David Swaim and Paul Swaim are hereby continued from April 14, 2010 to June 2, 2010 at 9:30 a.m. in Courtroom 24.

IT IS SO ORDERED.

Dated:  April 8, 2010

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE