# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lisa Petras,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>A1 Moving and Storage,<br><br>　　　　Defendant. | CASE NO. 2:09-mc-0010<br><br>The Hon. Edmund F. Brennan.<br><br>**ORDER TO CONTINUE DATE OF JUDGMENT DEBTOR EXAMINATIONS OF PAUL SWAIM AND DAVID SWAIM** |

Good cause appearing,

1. On or before **June 28, 2010**, David Swaim shall serve by overnight mail on counsel for Judgment Creditor Lisa Petras at the address listed on the stipulation caption the information required in paragraph 4 of the Court's May 26, 2010 order as restated in on page 2, lines 2-11 of this stipulation.

2. David Swaim's deadline to produce responsive documents is hereby extended from June 21, 2010 to **July 12, 2010**.

3. The Judgment Debtor Examinations of David Swaim and Paul Swaim are continued to **July 21, 2010** at 9:30 a.m. or as soon thereafter that the Court has availability.

IT IS SO ORDERED.

Dated: June 28, 2010

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE